IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY

JUL 2 1 2005

Thomas M. Gould, Clerk
U. S. District Court
W. D. OF TN, Memphis

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Cr. No. 1289 |
| PAUL E. PHILLIPS, III, | ) 05-20278 B P |
| Defendant. | ) |

## ORDER

Upon motion of the United States, the indictment and arrest warrant against the above-named Defendant are hereby ordered sealed, until the initial appearance of the defendant, in the instant case.

IT IS SO **ORDERED** this 21st day of July, 2005.

S. Thomas Anderson
U.S. MAGISTRATE JUDGE

Approved by:
Joseph C. Murphy, Jr., AUSA

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7-25-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:05-CR-20278 was distributed by fax, mail, or direct printing on July 28, 2005 to the parties listed.

---

Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT